UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
A.A. et al.,                                                      :
                                                                  :
                        Plaintiffs,                               :
                                                                  :     25-CV-3389 (JMF)
        -v-                                                       :
                                                                  :     ORDER
OMNICOM GROUP, INC. et al.,                                       :
                                                                  :
                        Defendants.                               :
                                                                  :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On April 24, 2024, Plaintiffs filed a motion seeking leave to proceed anonymously using only their initials as pseudonyms. *See* ECF No. 9. The Court temporarily granted the motion but invited any opposition to be filed within two weeks' of Defendants' entering notices of appearances. ECF No. 16. That deadline has now passed, and no opposition has been filed. Accordingly, Plaintiffs' motion is GRANTED as unopposed.

       No later than **July 7, 2025**, the parties shall confer and jointly submit a proposed protective order consistent with what Plaintiffs' propose in their motion.

       The Clerk of Court is directed to terminate ECF No. 9.

       SO ORDERED.

Dated: June 20, 2025  
       New York, New York                                           JESSE M. FURMAN  
                                                                         United States District Judge