**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| A.A., A.B., A.D., A.G., A.P., A.S., A.V., Al.C., Am.P., An.A., An.D., Ar.A., Ari.R., Arn.R., B.D., B.M., B.T., C.C., C.S., C.V., D.D.R., D.L., E.A., E.C., E.D.C., E.D.L., E.G., E.L., E.M., Ed.T., En.C., Er.T., F.B., F.S., F.T., G.A., G.D.L., G.G., G.O., G.S., G.T., H.V., I.E., J.A., J.B., J.C., J.D.C., J.F., J.J.G., J.L., J.N.B., J.O., J.P., J.S., J.T., Ji.T., Jo.B., L.G., L.L., L.N., L.P., L.V., M.A., M.D.L., M.G., M.R., M.S., N.C., P.C., R.A., R.B., R.B.E., R.C., R.D., R.E., R.F., R.I., R.L., R.N., R.P., R.S., R.T., R.V., Ra.D., Ra.G., Ra.L., Ra.V., Re.C., Re.D., Rh.P., Ri.C., Ri.O., Ro.D., Ro.L., Ro.P., Rod.O., Rog.B., Rol.P., Rom.B., Ron.O., S.N., T.L., V.A., V.B., V.M., and W.B., <br><br>  Plaintiffs, <br><br> v. <br><br> OMNICOM GROUP, INC., PORTLAND PR, INC., OGILVY GROUP, LLC, OGILVY PUBLIC RELATIONS WORLDWIDE LLC, and MEMAC OGILVY & MATHER LLC <br><br>  Defendants. | Case No. 25-cv-3389-JMF |

**PROTECTIVE ORDER GRANTING LEAVE**
**FOR PLAINTIFFS TO PROCEED ANONYMOUSLY**

On June 20, 2025, the Court granted Plaintiffs' unopposed Motion for Leave to Proceed Anonymously and directed the parties to meet and confer regarding a proposed protective order consistent with Plaintiffs' Motion. ECF No. 48. Accordingly, the Court now ORDERS as follows:

1. Plaintiffs will be referred to by their initials in the caption or in the text of any public filings, and Plaintiffs' full names will be redacted from any public filings in this case;

2. Plaintiffs' full names will be disclosed to the Court and to Defendants;

3. Defendants are permitted to disclose Plaintiffs' names for the purpose of making enquiries of third parties, including the government contracting entity, contractor, and subcontractor responsible for the sites where Plaintiffs allegedly worked as stated in the Complaint; and

4. Defendants will not make enquiries of entities in the Philippines without first participating in a meet-and-confer with Plaintiffs' counsel about the parameters of such contact, and if the parties cannot agree on the nature and scope of any such contact, Defendants will not make the proposed enquiries until Plaintiffs have had the opportunity to file, and the Court has resolved, any objections.

Entered July ____8____, 2025, New York, New York.

BY THE COURT:

_____
The Honorable Jesse M. Furman
United States District Judge