# EXHIBIT A

Received by NSD/FARA Registration Unit 08/30/2018 4:42:53 PM

OMB No. 1124-0006; Expires May 31, 2020

U.S. Department of Justice

Washington, DC 20530

# Exhibit A to Registration Statement Pursuant to the Foreign Agents Registration Act of 1938, as amended

INSTRUCTIONS. Furnish this exhibit for EACH foreign principal listed in an initial statement and for EACH additional foreign principal acquired subsequently. The filing of this document requires the payment of a filing fee as set forth in Rule (d)(1), 28 C.F.R. § 5.5(d)(1). Compliance is accomplished by filing an electronic Exhibit A form at https://www.fara.gov.

Privacy Act Statement. The filing of this document is required by the Foreign Agents Registration Act of 1938, as amended, 22 U.S.C. § 611 *et seq.*, for the purposes of registration under the Act and public disclosure. Provision of the information requested is mandatory, and failure to provide this information is subject to the penalty and enforcement provisions established in Section 8 of the Act. Every registration statement, short form registration statement, supplemental statement, exhibit, amendment, copy of informational materials or other document or information filed with the Attorney General under this Act is a public record open to public examination, inspection and copying during the posted business hours of the Registration Unit in Washington, DC. Statements are also available online at the Registration Unit's webpage: https://www.fara.gov. One copy of every such document, other than informational materials, is automatically provided to the Secretary of State pursuant to Section 6(b) of the Act, and copies of any and all documents are routinely made available to other agencies, departments and Congress pursuant to Section 6(c) of the Act. The Attorney General also transmits a semi-annual report to Congress on the administration of the Act which lists the names of all agents registered under the Act and the foreign principals they represent. This report is available to the public in print and online at: https://www.fara.gov.

Public Reporting Burden. Public reporting burden for this collection of information is estimated to average .49 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to Chief, Registration Unit, Counterintelligence and Export Control Section, National Security Division, U.S. Department of Justice, Washington, DC 20530; and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, DC 20503.

| 1. Name and Address of Registrant | 2. Registration No. |
|---|---|
| The Ogilvy Group, LLC<br>636 11th Avenue<br>New York, NY 10036 | 6585 |

| 3. Name of Foreign Principal | 4. Principal Address of Foreign Principal |
|---|---|
| Qatar Foundation | Qatar Foundation<br>P.O. Box 5825<br>Doha, Qatar |

5. Indicate whether your foreign principal is one of the following:

☐ Government of a foreign country [1]

☐ Foreign political party

☒ Foreign or domestic organization: If either, check one of the following:

- ☐ Partnership
- ☐ Corporation
- ☐ Association
- ☐ Committee
- ☐ Voluntary group
- ☒ Other *(specify)* Nonprofit organization

☐ Individual-State nationality

6. If the foreign principal is a foreign government, state:

a) Branch or agency represented by the registrant

b) Name and title of official with whom registrant deals

7. If the foreign principal is a foreign political party, state:

a) Principal address

b) Name and title of official with whom registrant deals

c) Principal aim

1 "Government of a foreign country," as defined in Section 1(e) of the Act, includes any person or group of persons exercising sovereign de facto or de jure political jurisdiction over any country, other than the United States, or over any part of such country, and includes any subdivision of any such group and any group or agency to which such sovereign de facto or de jure authority or functions are directly or indirectly delegated. Such term shall include any faction or body of insurgents within a country assuming to exercise governmental authority whether such faction or body of insurgents has or has not been recognized by the United States.

FORM NSD-3
Revised 05/17

8. If the foreign principal is not a foreign government or a foreign political party:

a) State the nature of the business or activity of this foreign principal.

Qatar Foundation is a private, non-profit organization whose mission is to serve the people of Qatar by supporting and operating programs in three core mission areas: education, science and research, and community development. Through education and research, Qatar Foundation leads human, social, and economic development of Qatar; making Qatar a nation that can be a vanguard for productive change in the region and a role model for the broader international community.

b) Is this foreign principal:

| | |
|---|---|
| Supervised by a foreign government, foreign political party, or other foreign principal | Yes ☐ No ☒ |
| Owned by a foreign government, foreign political party, or other foreign principal | Yes ☐ No ☒ |
| Directed by a foreign government, foreign political party, or other foreign principal | Yes ☐ No ☒ |
| Controlled by a foreign government, foreign political party, or other foreign principal | Yes ☐ No ☒ |
| Financed by a foreign government, foreign political party, or other foreign principal | Yes ☒ No ☐ |
| Subsidized in part by a foreign government, foreign political party, or other foreign principal | Yes ☐ No ☒ |

9. Explain fully all items answered "Yes" in Item 8(b). *(If additional space is needed, a full insert page must be used.)*

Qatar Foundation receives a percentage of its annual operation budget from the State of Qatar.

10. If the foreign principal is an organization and is not owned or controlled by a foreign government, foreign political party or other foreign principal, state who owns and controls it.

The Founder His Highness Sheikh Hamad Bin Khalifa Al Thani.
The Co-Founder Her Highness Sheikha Moza Bint Nasser.

## EXECUTION

In accordance with 28 U.S.C. § 1746, the undersigned swears or affirms under penalty of perjury that he/she has read the information set forth in this Exhibit A to the registration statement and that he/she is familiar with the contents thereof and that such contents are in their entirety true and accurate to the best of his/her knowledge and belief.

| Date of Exhibit A | Name and Title | Signature |
|---|---|---|
| 8/30/18 | James E. Woods CFO QF USA | [signature] |

Received by NSD/FARA Registration Unit 08/30/2018 4:42:31 PM

OMB No. 1124-0004; Expires May 31, 2020

**U.S. Department of Justice**
Washington, DC 20530

# Exhibit B to Registration Statement Pursuant to the Foreign Agents Registration Act of 1938, as amended

INSTRUCTIONS. A registrant must furnish as an Exhibit B copies of each written agreement and the terms and conditions of each oral agreement with his foreign principal, including all modifications of such agreements, or, where no contract exists, a full statement of all the circumstances by reason of which the registrant is acting as an agent of a foreign principal. Compliance is accomplished by filing an electronic Exhibit B form at https://www.fara.gov.

Privacy Act Statement. The filing of this document is required for the Foreign Agents Registration Act of 1938, as amended, 22 U.S.C. § 611 *et seq.*, for the purposes of registration under the Act and public disclosure. Provision of the information requested is mandatory, and failure to provide the information is subject to the penalty and enforcement provisions established in Section 8 of the Act. Every registration statement, short form registration statement, supplemental statement, exhibit, amendment, copy of informational materials or other document or information filed with the Attorney General under this Act is a public record open to public examination, inspection and copying during the posted business hours of the Registration Unit in Washington, DC. Statements are also available online at the Registration Unit's webpage: https://www.fara.gov. One copy of every such document, other than informational materials, is automatically provided to the Secretary of State pursuant to Section 6(b) of the Act, and copies of any and all documents are routinely made available to other agencies, departments and Congress pursuant to Section 6(c) of the Act. The Attorney General also transmits a semi-annual report to Congress on the administration of the Act which lists the names of all agents registered under the Act and the foreign principals they represent. This report is available to the public in print and online at: https://www.fara.gov.

Public Reporting Burden. Public reporting burden for this collection of information is estimated to average .33 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to Chief, Registration Unit, Counterintelligence and Export Control Section, National Security Division, U.S. Department of Justice, Washington, DC 20530; and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, DC 20503.

| 1. Name of Registrant | 2. Registration No. |
|---|---|
| The Ogilvy Group, LLC<br>636 11th Avenue<br>New York, NY 10036 | 6585 |

3. Name of Foreign Principal

Qatar Foundation

Check Appropriate Box:

4. ☒ The agreement between the registrant and the above-named foreign principal is a formal written contract. If this box is checked, attach a copy of the contract to this exhibit.

5. ☐ There is no formal written contract between the registrant and the foreign principal. The agreement with the above-named foreign principal has resulted from an exchange of correspondence. If this box is checked, attach a copy of all pertinent correspondence, including a copy of any initial proposal which has been adopted by reference in such correspondence.

6. ☐ The agreement or understanding between the registrant and the foreign principal is the result of neither a formal written contract nor an exchange of correspondence between the parties. If this box is checked, give a complete description below of the terms and conditions of the oral agreement or understanding, its duration, the fees and expenses, if any, to be received.

7. Describe fully the nature and method of performance of the above indicated agreement or understanding.

Memac Ogilvy and Mather, The Ogilvy Group's affiliate located in Qatar, has been contracted by the Qatar Foundation (contract attached to this Exhibit) to provide public relations support. Under this contract, Memac Ogilvy and Mather has engaged The Ogilvy Group in NY to provide support for U.S.-based media relations on behalf of the foundation.

Received by NSD/FARA Registration Unit 08/30/2018 4:42:31 PM

8. Describe fully the activities the registrant engages in or proposes to engage in on behalf of the above foreign principal.

The Ogilvy Group will: engage U.S. media to gauge interest in stories promoting Qatar Foundation's mission and leadership; facilitate interviews for Qatar Foundation executives if interest is secured; provide internal preparation support; provide media with supporting background materials, including Qatar Foundation press releases; engage interested reporters and editors to help shape resulting coverage.

9. Will the activities on behalf of the above foreign principal include political activities as defined in Section 1(o) of the Act and in the footnote below? Yes ☒ No ☐

If yes, describe all such political activities indicating, among other things, the relations, interests or policies to be influenced together with the means to be employed to achieve this purpose.

Media outreach and engagement to elevate and promote the public profile of Qatar Foundation within U.S. media around its three core mission areas: education, science and research, and community development.

## EXECUTION

In accordance with 28 U.S.C. § 1746, the undersigned swears or affirms under penalty of perjury that he/she has read the information set forth in this Exhibit B to the registration statement and that he/she is familiar with the contents thereof and that such contents are in their entirety true and accurate to the best of his/her knowledge and belief.

| Date of Exhibit B | Name and Title | Signature |
|---|---|---|
| 8/30/18 | James E Woods CFO Ogilvy USA | [signature] |

Footnote: "Political activity," as defined in Section 1(o) of the Act, means any activity which the person engaging in believes will, or that the person intends to, in any way influence any agency or official of the Government of the United States or any section of the public within the United States with reference to formulating, adopting, or changing the domestic or foreign policies of the United States or with reference to the political or public interests, policies, or relations of a government of a foreign country or a foreign political party.

Received by NSD/FARA Registration Unit 08/30/2018 4:42:31 PM

Scope of Services
External Communication Services for QF HQ

# SECTION – A

# SCOPE OF SERVICES

**CALL-OFF AGREEMENT FOR EXTERNAL COMMUNICATION SERVICES (PUBLIC RELATION AGENCY) FOR QATAR FOUNDATION HEAD QUARTER FOR 3 YEARS WITH THE OPTION TO EXTEND UP TO 1 YEAR**

**QF/2017/PD-SS/25164**

PROCUREMENT DIRECTORATE
P.O.Box: 5825
DOHA - QATAR
QATAR FOUNDATION

QF/2017/PD-SS/25164

1

ميماك اوجلفي اند مايذر
Memac Ogilvy & Mather LLC
Qatar قطر

Received by NSD/FARA Registration Unit 08/30/2018 4:42:31 PM

SCOPE OF SERVICES
Content page
CONTENTS

| | | Page |
|---|---|---|
| 1. | INTRODUCTION | |
| | About QF | |
| 1.1 | Professional Services Agreement | |
| 2. | SCOPE OF SERVICES TO BE PROVIDED | |
| 2.1 | General | |
| 3. | Specifications | |
| 3.1 | QF Communication Strategy | |
| 3.2 | QF Public Relations Strategy | |
| 3.3 | Message ownership | |
| 3.4 | Corporate Press Collateral | |
| 3.5 | Crisis Communication | |
| 3.6 | QF Speakers Bureau | |
| 3.7 | Media Analysis | |
| 3.8 | Website content (QF Speakers Bureau and Press Room section) | |
| 3.9 | Admin | |
| 3.10 | Management | |
| 3.11 | Knowledge transfer | |
| 3.12 | Adaptability | |
| 3.13 | Campaign mapping | |
| 3.14 | Events- specific PR | |
| 3.15 | Press office services | |
| 3.16 | PR Media strategy | |
| 3.17 | Localization of PR strategy to target audiences | |
| 3.18 | Media Relations | |
| 3.19 | Doha on the ground coordination | |
| 3.20 | Press release writing | |
| 3.21 | Distribution of press releases globally | |
| 3.22 | Tailoring of media lists | |
| 3.23 | Support in external conferences and events | |
| 3.24 | Newsroom participation | |
| 3.25 | Social media | |
| 3.26 | Media training | |
| 3.27 | Ad hoc projects within QF and abroad under the shared services agreement | |
| 3.28 | Out of scope services rate card | |
| 4. | Payments, review and approval | |
| 5. | Communication/reporting | |
| 6 | Meetings | |
| 7 | Additional and exceptional services | |
| 8 | JOB FUNCTIONS AND PROFESSIONAL QUALIFICATIONS | |
| 9 | Approvals of CVs and Credentials | |
| 10 | AGENCY roles and responsibilities | |
| 11 | QF roles and responsibilities | |
| 12 | Replacement of AGENCY's staff | |
| 13 | Facilities Provided by the AGENCY | |
| 14 | Facilities Provided by QF | |
| 15 | Working hours | |
| 16 | Confidentiality and Secrecy | |
| 17 | Tender Submission guidelines | |
| 18 | Contract duration | |
| 19 | Penalties | |
| 20 | Mobilization | |

PROCUREMENT DIRECTORATE
P.O.Box: 5825
DOHA - QATAR
QATAR FOUNDATION

ميماك اوجلفي اند مايذر
Memac Ogilvy & Mather L.L.C.
Qatar قطر

Received by NSD/FARA Registration Unit 08/30/2018 4:42:31 PM

**SCOPE OF SERVICES FOR PUBLIC RELATIONS AGENCY**

## 1. INTRODUCTION

### ABOUT QF

**Vision**

Through education and research, Qatar Foundation leads human, social, and economic development of Qatar; making Qatar a nation that can be a vanguard for productive change in the region and a role model for the broader international community.

**Mission**

Qatar Foundation for Education, Science and Community Development is a private, non-profit organization that serves the people of Qatar by supporting and operating programs in three core mission areas: education, science and research, and community development. The Foundation strives to nurture the future leaders of Qatar. By example and by sharing its experience, the Foundation also contributes to human development nationally, regionally, and internationally. In all of its activities, the Foundation promotes a culture of excellence in Qatar and furthers its role in supporting an innovative and open society that aspires to develop sustainable human capacity, social, and economic prosperity for a knowledge-based economy.

**The Dream**

"The new world educational system recognizes that education is a universal right and hence enables students wherever they might be to have access to the means of innovation, creativity, acquisition of knowledge and expertise and the practice of responsibility."

*His Highness Sheikh Hamad Bin Khalifa Al Thani, the Father Amir*

Early in 1995, His Highness Sheikh Hamad Bin Khalifa Al Thani, the Father Amir, shared a vision with Her Highness Sheikha Moza bint Nasser while sitting under a tent at Umm Qrayba farm. Together, they conceived a plan for the future development of their country that would provide Qatari citizens with a greater choice in education, health and social progress than ever before. They then set about turning this dream into reality and, in August that year, founded Qatar Foundation for Education, Science and Community Development, right in the very heart of Qatar.

**1.1 Professional Services Agreement**

1.1.1 This scope of Services outlines the requirements of Qatar Foundation (hereinafter referred to as "QF") pertaining to the provision of External Communication services in the Communication Directorate, who have the due

Received by NSD/FARA Registration Unit 08/30/2018 4:42:31 PM



Received by NSD/FARA Registration Unit 08/30/2018 4:42:31 PM

experience and capabilities to efficiently and expeditiously perform the Services outlined hereinafter.

1.1.2 Reference herein to the 'AGENCY' shall mean the prospective AGENCY engaged by QF to carry out the Services delineated hereinafter.

1.1.3 The AGENCY shall be appointed on call-off basis under the terms and conditions of QF's General Conditions of Contract and the Particular Conditions of Engagement enclosed thereto.

1.1.4 The engagement period shall be "3+1" years, renewable as directed by QF.

1.1.5 The same AGENCY awarded for the Call-off agreement for External Communication Services for QF HQ cannot be appointed for the Call-off agreement for External Communication Services for QF Entities.

## 2. SCOPE OF SERVICES TO BE PROVIDED

2.1.1 **General**

2.1.2 Execute the powers delegated to the AGENCY by QF and exercise all reasonable skill, care and diligence in the performance of his obligations under the Agreement and shall carry out all his responsibilities in accordance with recognized professional standards.

2.1.3 Act as a faithful adviser to QF in all contractual and commercial matters.

2.1.4 Respect the applicable laws of Qatar.

2.1.5 Provide all technical advice and skills which are required for the Services for which he is engaged.

2.1.6 Perform all the Services under the general supervision, direction, guidance, control and approval of QF.

2.1.7 Prepare and maintain all records required for any project documentation.

2.1.8 Prepare monthly progress reports to QF to demonstrate the status of sub-tasks under the Services performed by the AGENCY in accordance with the Agreement. The AGENCY will commence preparation of the monthly progress report at the end of the month following the date of agreement signed with QF.

## 3. Specifications:

The firm will take ownership of the following in-house projects/functions for QF.

### 3.1 QF Communication Strategy

The QF Communication Directorate is responsible for producing a comprehensive communication strategy that will build, promote and protect the QF brand in target audiences. The strategy must be aligned with the overarching QF strategy and the Communication Directorate's business plans. The firm will work to present initiatives and ideas that would assist in the promotion of the QF strategy through successfully implementing the approved communication strategy for all QF.

### 3.2 QF Public Relations Strategy

The AGENCY will draft and execute a detailed PR strategy and implementation plan for QF that is focused on the following areas: media relations, QF placement in external conferences and events, and strategic brand alliances. It will also put together all supporting documents required for implementation.

### 3.3. Message Ownership and Coordination

3.3.1. The AGENCY will support QF in the **protection of QF key message** derived from the QF strategy and the QF communication strategy. The messaging and outreach will stem from the QF story. The AGENCY will review/approve localized PR plans for each market to ensure the accurate story is communicated globally.

3.3.2. The AGENCY will also **review/amend/edit/approve all content** generated by the department to ensure accuracy of messages and language level. The review will

PROCUREMENT DIRECTORATE P.O.Box: 5825 DOHA - QATAR QATAR FOUNDATION

Memac Ogilvy & Mather L.L.C. Qatar قطر

Received by NSD/FARA Registration Unit 08/30/2018 4:42:31 PM

Received by NSD/FARA Registration Unit 08/30/2018 4:42:31 PM

encompass, but will not be limited to: Market-specific PR strategies, Media pitches, Spokesperson briefs, Market-specific press kits, Press releases, etc.

3.3.3. The AGENCY will also assist in reviewing proposals sent by the various media channels in Qatar and the world to ensure that the channel can offer a good media/speaking opportunities to QF and QF senior management.

The AGENCY will be required to be present during interviews, coordinate spokespeople, and offer any support as necessary.

**3.4 Corporate Press Collateral**
The AGENCY will draft and maintain up-to-date versions of QF corporate press collateral, including but not limited to: Boiler plates; Official Q&A; Press kits; Approved facts and figures (about QF and QF Centers); Backgrounders; QF Story; Corporate Presentation, etc.

**3.5 Crisis Communication**
The External Communication Department is responsible for managing QF's communication in response to crisis in coordination with other concerned departments within QF. The AGENCY is responsible for supporting QF to handle crisis before they occur by establishing a monitoring system for any negative news or issues affecting QF and advising QF External Comms on any necessary reactive or proactive mitigation measures and communications processes, such as but not limited to:

3.5.1 Ongoing completion of the Negative Coverage Tracker, a spreadsheet that records all negative coverage incidents

3.5.2 Drafting and delivery of the Crisis Communication Traffic Report and messaging prior to agreed deadline or any other report/messaging that the senior management would require. This form of reporting will provide an overview of potential crisis issues being closely monitored by the Communication Directorate and any action taken in the previous period.

3.5.3 Daily flags to Client of extremely positive or negative articles, for inclusion in the Media Monitoring Report(s)

3.5.4 The management of the internal side of QF's response to crises during and after they occur. This will include drawing on senior AGENCY expertise to compile crisis communication action plans, sharing these plans with internal stakeholders and managing ongoing internal coordination in accordance with the Crisis Communication approved policies and procedures.

3.5.5 The delivery of crisis communication responses to the media and external stakeholders

**3.6 QF Speakers Bureau**
The QF Speakers Bureau (QFSB) is a pool of qualified QF spokespeople that delivers the QF story and presentation in a confident, knowledgeable and consistent manner to a variety of audiences – and through a variety of channels – locally, regionally and internationally. QF launched Phase 1 of the program in 2010 with the orientation of its first 40 members.

The plan for this bureau is to include participation of the QF umbrella brand and its various divisions (Education Division, Human Resources, Research Division, Procurement, etc.) as well as spokespeople from QF's member organizations, such as the Hamad Bin Khalifa University and its partners and the Research and Development Enterprise. These spokespeople will not speak on behalf of QF because they do not represent the umbrella organization. They will instead speak for their own organizations, but their stories will still serve to highlight QF's successes because of their affiliation with the mother brand.

3.6.1. The AGENCY will be responsible for day-to-day management of QFSB and for implementing any planned phases of the program. The duties to be performed are as follows:

3.6.1.1. Spokesperson Identification – New members of the QFSB members are continuously being added to the pool of participants. The AGENCY will work with QF to identify candidates for the program and to devise new ideas and initiatives to offer incentives for

PROCUREMENT DIRECTORATE
P.O.Box: 5825
DOHA - QATAR
QATAR FOUNDATION
25164

Memac Ogilvy & Mather L.L.C.
Qatar قطر

Received by NSD/FARA Registration Unit 08/30/2018 4:42:31 PM

those who are active participants and to encourage others to come forth to take part in this bureau.

3.6.1.2. Training - Prior to orientation, prospective QFSB members must attend an official QFSB training session. The AGENCY will arrange and manage sessions as necessary, focusing on media interview skills and presentation delivery.

3.6.1.3. Promotion - QFSB helps position the QF brand amongst stakeholders wherever they are located in the world. As part of the QFSB project, the AGENCY will actively promote QFSB spokespeople in target audiences.

3.6.1.4. QF Story - The QF Story is QF's official key messaging document. It informs every QFSB brief and is also used by other departments in the Communication Directorate to guide messaging in their work. The AGENCY will work with Client and senior management to keep this document up-to-date and approved in both Arabic and English.

3.6.1.5. QF Corporate Presentation - The QF Corporate Presentation is delivered to QF visitors and by QF spokespeople in QF premises and at external conferences and events. AGENCY 1 is responsible for keeping this presentation up-to-date in both Arabic and English.

3.6.1.6. QFSB Website - The QFSB website will be part of the QF Corporate website. The AGENCY will be responsible for all content and for overseeing the external AGENCY responsible for the technical side. (see www.washingtonspeakers.com as an example speakers bureau website.)

3.6.1.7. Ongoing Project Documents - As part of the day-to-day work required for QFSB, the AGENCY will maintain the following documents: spreadsheet (manual or on portal) recording all QFSB opportunities received/fulfilled, monthly one-page summary report of QFSB activity, project plan and timeline, Q&As (to be used internally to guide QFSB members in answering difficult questions)

3.6.1.8. Ongoing Briefing Documents - Prior to every interview or public speaking appearance, QFSB provides spokespeople with a clear brief. The AGENCY will draft these briefs for all interviews using the QF Story, pre-approved content from QF Members and other information gathered for the specific interview opportunity. The AGENCY will receive and review and revise these briefs to ensure alignment with the QF story.

3.6.1.9. QFSB Monthly Report – The AGENCY will produce a monthly email report to be distributed to QFSB members.

### 3.7 Media Analysis

QF has enlisted the services of external media monitoring agencies to deliver online links and news clippings. The AGENCY will receive these automated reports and use the content to produce several media monitoring/analysis reports, including:

3.7.1 QF in the News - a daily media monitoring report distributed by the Communication Directorate to all QF divisions and members. Every morning, QF receives an automated version of QF in the News from an external media monitoring service. AGENCY 1 is responsible for reviewing the report for accuracy (content and format) and making changes as needed. The report should be delivered to Client prior to 10am every day (excluding weekends and QF holidays).

3.7.2 Media Monitoring Report - The AGENCY will produce a regular report of detailed qualitative and quantitative analysis of PR coverage of QF (including media, spokesperson placements, social media activity, etc). This report should note trends and lessons learned. Graphs and many of the details in this report are not automated and will require significant AGENCY resources. At the back of the report is a DVD of article clippings. The AGENCY will download these clippings from the external supplier portal to put together this DVD. All reports and documents are to be ingested by the AGENCY on the Digital Asset Management system as soon as it is functioning and access given.

3.7.3 The Month Ahead - The AGENCY will produce The Month Ahead prior to Thursday 12pm deadline. The report informs journalists of upcoming events at QF. It is published on the

PROCUREMENT DIRECTORATE P.O.Box: 5825 DOHA - QATAR QATAR FOUNDATION
Memac Ogilvy & Mather LLC Qatar قطر
8

Website. Production requires ongoing communication with QF Members to learn about upcoming events and activities.

3.7.4 Negative Coverage Tracker - The AGENCY will keep a record of all negative articles about QF in the Negative Coverage Tracker, a spreadsheet that documents the publication, author, date, severity of the issue and QF reaction to the story.

3.7.5 Ongoing Flags - The AGENCY will monitor the news daily (including holidays and weekends) and alert Client of any extremely positive or negative articles that might require action.

3.7.6 Media Landscape - The AGENCY will monitor the local, regional and international news landscape, aiming to identify journalists and/or publications QF should target, issues where QF spokespeople could be pitched as experts (through QFSB) or potential stakeholder relationships.

3.7.7 Campaign-specific Clippings Reports - The AGENCY will be asked to compile a campaign-specific clippings report of a PR campaign (Eg: Senior Convocation, QCF). This report will include all activities done by QF communication (media and Publications) departments in relation to the event or subject in question. This is an ongoing task whose result aims at informing the senior management of work done.

**3.8 Website content (QF Speakers Bureau and Press Room section)**

The AGENCY will take responsibility for all content in the QF Corporate Website as well as the pages related to the Press Room and QF Speakers Bureau. It is also responsible for communicating with the various centers to coordinate the drafting of the content related to them and get their approval prior to publishing on the QF website.

**3.9 Admin**

Because of the magnitude of projects in this Scope of Work, clarity and consistency in Client/AGENCY communication and reporting are key. To this end, the AGENCY and the Client will agree on ways to communicate, structure of team to be put in place ensuring full efficiency, briefing templates, status reports, project updates, etc.

**3.10 Management**

In addition to overseeing the work of the AGENCY team, the Account Director will also play an important role in assisting the External Manager with big-picture issues for the department. Such issues include:

3.10.1 Review of incoming proposals and written recommendation of next steps for QF
3.10.2 Drafting project briefs for in-house team and supporting agencies
3.10.3 Ongoing advice on big-picture issues, such as manpower requirements, strategic direction of the department, etc.
3.10.4 High-level presentations for upper management to highlight the department and directorate as a whole
3.10.5 , etc.)

**3.11 Knowledge Transfer**

The AGENCY will endeavor to transfer knowledge to the in-house QF team both formally and informally. Knowledge transfer to include:

3.11.1 Strategic advice to Chief Communication Officer and External Manager (including policies and procedures, projects, business development, etc.)
3.11.2 Personal mentorship
3.11.3 Delivery of relevant reading material on communication trend
3.11.4 Internship opportunities
3.11.5 Training sessions

**3.12 Adaptability**

QF is growing at a rapid pace, and the Communication Directorate – its roles and responsibilities – are changing and developing alongside QF. The AGENCY will expect that during the tenure of the contract, changes in scope and scale of responsibility will take place. The AGENCY must be willing to

QATAR FOUNDATION P.O.Box: 5825 DOHA - QATAR 2017/PD-SS
ميماك اوجلفي اند ماذر
Memac Ogilvy & Mather L.L.C.
Qatar قطر

Received by NSD/FARA Registration Unit 08/30/2018 4:42:31 PM

adapt to these changes as an extension of the in-house team. This will involve changes and additions to this scope of work, changes to policies, process and procedures, etc.

**3.13 Campaign Mapping**

The External Communication Department is responsible for multiple PR campaigns running simultaneously. The AGENCY will map these campaigns using Excel or a standard project management tool. Client should be able to pull up any given day on the calendar and see the campaigns running at that time. This campaign map should contain all important PR activities for each campaign, to include but not necessarily be limited to press releases, press conferences, key interviews and events.

**3.14 Events-specific PR**

The AGENCY will conduct the majority of PR outreach for QF to be aligned with the event to be held. Each event will require a detailed PR plan that includes messaging, press releases, interviews, possibly a press conference, etc. once the plan is approved, execution and reports should follow. The above related to the trips/visits of QF Chairperson or President abroad to launch new partnerships or on visits to other countries. QF will ask the AGENCY to develop a comprehensive PR plan for this visit/trip, including messaging, media interviews, crisis communication, and project-specific PR (i.e. media opportunities for other QF spokespeople).

**3.15 Press Office services**

The Press office plays a significant role in the communication Directorate and is responsible for managing all press activities for all QF. The AGENCY will be responsible to provide all the below:

**3.16 PR media strategy**

3.16.1 The QF strategy and related communication strategy have both identified Qatar as the primary market that QF should focus on to ensure that QF is well understood and its achievements are well promoted locally. During the length of the contract, the AGENCY will develop a strategy and implementation plan that will tackle this issue head-on.

3.16.2 This strategy will firstly aim at promoting QF story in the media through the suggestion of various media opportunities and coordinating with the suitable channel to have it promoted to the benefit of QF. This will include a reactive approach as well as a proactive approach that the AGENCY will be implementing by coming up with relevant stories and achievements that would attract the interest of media.

3.16.3 The AGENCY will be devising a yearly PR media strategy that will ensure the strengthening of relations with the various media channels in Qatar mainly but also in the region and the world.

**3.17 Localization of PR strategy to target audiences**

The AGENCY will localize the abovementioned PR strategy and implement it in each target market - locally, regionally and internationally and in each target industry. The list will be given to the AGENCY as soon as recruited.

To this end, the AGENCY will offer the following deliverables:

3.17.1 Market-specific communication objectives
3.17.2 Audience mapping
3.17.3 Target media lists
3.17.4 Target conferences & events for QF to participate in
3.17.5 List of potential brand partners
3.17.6 List of potential brand ambassadors
3.17.7 Localized messaging (i.e. identifying specific QF touch-points or story angles that will sell in each market)
3.17.8 Localized QF press collateral as required (e.g.: boiler plates, press kits, backgrounders, etc.)

**3.18 Media Relations**

Received by NSD/FARA Registration Unit 08/30/2018 4:42:31 PM

Scope of Services
External Communication Services for QF HQ

3.18.1 The AGENCY will take ownership of the media relations function for the QF umbrella brand globally by responding to all media inquiries on behalf of QF. The QF Press Office receives media inquiries on daily from journalists in Doha, the Middle East and beyond. The AGENCY will field these calls for QF, recommend a response, and – following QF Press Office approval – implement the approved response.

3.18.2 The AGENCY will keep a detailed record of all incoming media requests and responses. This will include date of request, publication title, media tier, journalist name and contact information, and response.

3.18.3 The AGENCY will also implement a proactive media relations campaign focused on QF umbrella and pillar-specific stories in each abovementioned market. The AGENCY will be required to provide for each market the following:

- 3.18.3.1 Story board and timeline
- 3.18.3.2 Media pitches
- 3.18.3.3 Campaign-specific press releases
- 3.18.3.4 Spokesperson briefings
- 3.18.3.5 On-the-ground interview coordination

**3.19 Doha on the ground coordination**

Proactive media outreach in markets around the world will result in an increase in interview requests, media visits, etc. – many of which will take place in Doha. The AGENCY will be required to provide on-the-ground media activity in Doha as necessary and depending on the event and the approved media plan.

**3.20 Press release writing**

The AGENCY will draft market-specific press releases for the QF corporate campaign in each target market. In addition, the AGENCY will be required to draft press releases that fall outside the scope of the QF umbrella campaign. These releases usually focus on a specific QF project or initiative rather than the QF umbrella brand.

**3.21 Distribution of press releases globally**

The QF Press Office is asked to distribute press releases on behalf of senior management or QF centers. The AGENCY will receive the press release from the QF Press Office, reviews it and ensures that the content is accurately aligned with the QF story, the facts are correct and the language is of high level then distributes it to broadly-identified target markets as required.

**3.22 Tailoring of media lists.**

The AGENCY will be required to closely work with the various media in Qatar, the region and the world. It is also required to have a deep knowledge of each media specialization to inform the tailored media list that it will be required to prepare for QF campaigns, or for specific events.

**3.23 Support in external conferences and events**

3.23.1 The AGENCY will survey all target markets for conferences and events that QF would benefit from participating in based on pre-determined criteria. Related deliverables include 1) a comprehensive list of conferences and events in QF target markets that would be updated on bi-monthly basis and; 2) a recommendation document for each conference or event that AGENCY strongly recommends QF to participate in stating all the reasons of interest and benefit for QF.

3.23.2 Once QF participation is approved, the AGENCY will work with QF and the event organizer to [illegible] maximum PR coverage for QF. This could involve:

- 3.23.2.1 Media related sponsorship package negotiations
- 3.23.2.2 QF spokesperson placement in event program
- 3.23.2.3 Networking briefs for QF attendees

PROCUREMENT DIRECTORATE
P.O.Box: 5825
DOHA - QATAR
QATAR FOUNDATION
5164

ميماك اوجلفي اند مايذر
Memac Ogilvy & Mather LLC
Qatar قطر

Received by NSD/FARA Registration Unit 08/30/2018 4:42:31 PM

3.23.2.4 On-the-ground support of QF team and representation of QF at event booths

**3.24 Newsroom participation**

QF is establishing a newsroom that will include QF in-house staff members as well as team members from various agencies as necessary. The AGENCY will be taking part in this newsroom and will be participating actively in the various tasks that would be distributed during the daily meeting of the newsroom. The outcome of the meetings will be feeding the press office, the website, the publications, the social media, Maktabi and any other relevant tool.

**3.25 Social Media**

QF is continuously developing a comprehensive social media presence online, which will include Facebook, twitter, YouTube, LinkedIn, and several other social media spaces. The AGENCY will further develop content for these platforms along with other aspects of this project, which will include:

3.25.1 Social media audit - The AGENCY will continuously conduct research to assess QF's social media audiences and devise way to increase the awareness and understanding of QF through this channel. It will also identify influencers in QF's target fields.

3.25.2 Social media strategy and plan - The AGENCY will use the results of the audit to develop and/or update a social media strategy and implementation plan for QF. This plan should include a timeline with clearly marked objectives and milestones. It should include general social media activity across the international channels (twitter, Facebook, etc.) It should also include local social media campaigns in each target market. The strategy should include the best practices to be used across QF to ensure consistency and accuracy of messages.

3.25.3 Content development – the AGENCY will draft and deliver all social media content for QF, including static material and ongoing updates/tweets/etc. in both Arabic and English which should both be mistake-free and of high level. Translation of content is not allowed on all content developed by the AGENCY.

3.25.4 Community engagement – The AGENCY will listen to social media conversations and engage on behalf of QF where appropriate. QF wants to be seen as a stimulator of engaging conversations in the online space. The AGENCY will develop an online personality for QF – one that is constantly open for dialogue on strategically identified issues.

3.25.5 Analysis - The AGENCY will provide statistical analysis of social media activity to inform strategy and assess return on investment.

**3.26 Media training**

3.26.1. The AGENCY will be providing within the team a senior member with expertise in media and public speaking to ensure the provision of the training as needed as well as media training for members of QF.

3.26.2. The AGENCY will be able to provide QF Leadership as needed with a senior Consultant with a high expertise in media training and public speaking in alignment with agreed schedule.

**3.27 Ad hoc projects within QF and abroad under the Shared Services Agreement if required**

3.27.1. The AGENCY recruited to perform the entire scope should also be able to provide the same services as mentioned in the present Scope of services on an ad hoc/project basis or basis one for other centers and initiatives of QF.

3.27.2. The AGENCY recruited to perform the entire scope should be able to provide the same services as mentioned in the present Scope of Services abroad as per the requirements of QF. The AGENCY should therefore have a network of offices/partners in the various continents to be able to conduct the needed jobs smoothly and seamlessly. The AGENCY should be able to present to QF a rate card within the commercial file submitted for the sake of this tender.

**3.28 Out of scope services rate card**

3.28.1 The Agency will present a rate card proposed for out of scope services in case of requirement.

**3.29 Payments, Review and Approval**

Review and endorse payment certificates of contractors for final processing

Received by NSD/FARA Registration Unit 08/30/2018 4:42:31 PM

Scope of Services
External Communication Services for QF HQ

4.2 Final Payments – Final payments to contractors shall require that all works/services be completed and approved. The AGENCY will review and endorse the completion of certificates issued by QF to contractors.

**5. Communication / Reporting**

**5.1** The AGENCY shall report to QF, and shall establish reporting mechanism, processes and Procedures for approval by QF- Communication Directorate.

**6. Meetings**

**6.1** Organize, invite all concerned parties, attend and keep record of all formal job meetings and appearing for meetings when requested by QF or as otherwise required.

**6.2** The AGENCY will participate in meetings that are required by QF. In addition, the AGENCY will organize meetings from time to time with appropriate party(s) to bring together a better understanding of concerned matters

**7 ADDITIONAL AND EXCEPTIONAL SERVICES**

Any Additional or Exceptional Services shall be performed by the AGENCY upon authorization in writing by QF and shall be paid for on the basis set forth in the Conditions of the Contract. This will be considered as an Ad-hoc requirements and will be put under an ad hoc line item in the agreement.

The AGENCY will be fully aware that all the deliverables are the ownership of QF and will not use any of the work executed by his team members for the service of QF to promote or advertise for his business, nationally, regionally and internationally, in any kind of media.

**8 JOB FUNCTIONS AND PROFESSIONAL QUALIFICATIONS**

**8.1 General**

**8.1.1** The AGENCY shall provide suitably qualified staff as described in this brief and fully capable of presenting high quality work for QF. The AGENCY is to submit qualified candidates who clearly demonstrate the AGENCY's ability to provide an optimum service to ensure the publication process as a whole is carried out in the most effective manner and completed on time, while fully complying with the requirements of QF's standards and International standards.

**8.1.2** No staff member shall be allocated to or removed from the Services without QF's prior approval. Staff curricula vitae shall, in all instances, be submitted for QF consideration and approval prior to appointment to carry out the Services.

**8.1.3** The AGENCY should be able to allocate any of the following listed team members once requested by QF, within four months. This includes both the onsite and offsite team members as per the specified requirements by QF. Onsite team members are requested to present in QF HQ offices as per the agreed working hours, while the offsite agency team members are to be able to support QF remotely from their respective offices.

The following table includes the number of staff required for mobilization upon the effective date.

| Onsite team member | Quantity |
|---|---|
| Senior Account Director | 1 |
| Senior Account Executive | 1 |
| Account Director, Social Media | 1 |
| Account Executive, Social Media | 1 |
| Senior Account Executive, QFSB | 1 |
| Arabic writer | 1 |
| English Writer | 1 |
| Media Monitoring Officer | 1 |
| Media Relations Officer | 1 |
| Arabic Editor | 1 |
| English Editor | 1 |

PROCUREMENT DIRECTORATE P.O.Box: 5825 DOHA - QATAR QATAR FOUNDATION
QF/2014/PD-SS/25164

ميماك أوجلفي اند ماذر Memac Ogilvy & Mather L.L.C. Qatar قطر

Scope of Services
External Communication Services for QF HQ

**8.1.4** Job description attached as Annex 1

**9. Approvals of CVs and Credentials**

9.1. The proposed candidates must be available and may be subject to being interviewed by QF for final approval before recommendation for award is made.

9.2. Prior to the award of the Services to the AGENCY, QF reserves the right to evaluate the nominated staff candidates. The AGENCY shall at the written request of QF make the candidates available for interviews and/or provide any documentation as deemed necessary for the purpose of evaluation.

9.3. Subsequent to the award of the Services to the AGENCY, all proposed candidates by the AGENCY shall be interviewed by QF before their engagements, in order to assess their suitability for their positions.

**10. AGENCY roles and responsibilities**

10.1. The AGENCY's staff (from Account Director-level down) will be retained for QF and in QF offices (if and when requested) and will not be assigned to work on other AGENCY 1 accounts or work, including business development.

10.2. The AGENCY will not be permitted to cross-sell to QF Centers without the written consent of the Communication Director as they will be doing all duties as other staff members in the department.

10.3. The AGENCY will act as an extension of the QF in-house team. It will show flexibility, cultural sensitivity and willingness to adapt to the QF work environment, which is fast-paced and constantly changing.

10.4. The AGENCY will provide the approved number of staff under the scope of format within the correct reporting hierarchy ending up with a direct reporting to QF communication concerned staff members. These experts should be located in QF premises and have the qualifications enabling them to produce all necessary tasks assigned to them and should be considered as part of the Communication Directorate team capable to handle any job assigned to them as per their expertise.

10.5. The AGENCY staff responsible for writing in Arabic and English will have to be able to write brilliantly in Arabic or English. No grammar or any other kind of mistake will be tolerated.

10.6. The AGENCY staff will be assigned a QF email address. All AGENCY communication with QF staff will take place via these email addresses. No other email address will be accepted to be used by the team.

10.7. The AGENCY's name and logo will not appear on any of the deliverables listed in this RFP document. This rule applies to all AGENCY deliverables throughout the length of the contract, with the exception of this RFP proposal and invoices sent by AGENCY to the QF Finance Department.

10.8. The Client reserves the right to review CVs of prospective AGENCYs. The Client must also see and approve Arabic writing samples from at least two of the team. The Client will have to approve all recruitment prior to the staff member starting date. All changes taking place in the staff structure will have to be discussed with management prior to implementing them.

10.9. The AGENCY will ensure that the work of the staff or others is following an approved workflow leading to the high linguistic level of Arabic and English or as per the strategy or brief. Full communication prior to submission is to be controlled by the concerned AGENCY staff members to allow for the end-product submitted to approval to be mistake-free.

10.10. The AGENCY will ensure that the work sent for approval is in line with QF standards and linguistic style guide produced by the Publications Department. All guidelines and instructions of the QF External Communication team members are to be implemented accurately.

10.11. The AGENCY will ensure that all work/proposals/plans/documents are approved and distributed to the relevant persons to the agreed calendar and timings.

10.12. The AGENCY will coordinate with the various stakeholders inside and outside QF to ensure that all news and articles contain correct information and the right spelling of all members quoted.

Memac Ogilvy & Mather LLC
Qatar قطر

PROCUREMENT DIRECTORATE
QATAR FOUNDATION
P.O.Box: 5825
DOHA - QATAR
05/2017/0069/25164

Received by NSD/FARA Registration Unit 08/30/2018 4:42:31 PM

Scope of Services
External Communication Services for QF HQ

10.13. The Client will have to be informed of all leaves of the team and will have to approve the replacement of those on leave. Another member cannot replace the colleague on leave. The AGENCY should be able to provide the replacement from the local office, who will be able to conduct work immediately seamlessly. If the AGENCY does not provide a replacement, the AGENCY on leave will not be paid.

10.14. The AGENCY staff members should be signing in and out as per the procedure put in place and will be following the QF official working hours unless work requires them to stay overtime to finalize the job assigned to them.

10.15. The AGENCY will provide the quotations and invoices as per the agreed timing and processes of QF. These quotations and invoices will relate to the number of staff members working on the QF teams only as per the contract approved BOQ and related costs. The monthly payment will be related to the number of staff working during that month and performing their tasks as per the agreed assignments and timelines. If any of the staff members are away with no suitable replacement, the salary of this staff member will be deducted from the monthly quotation and invoice.

10.16. The AGENCY will provide a report on all invoices and quotations on weekly basis.

10.17. The AGENCY staff should show high level of expertise and provide their expert advice in their fields for all QF HQ and members.

10.18. The AGENCY team will offer all the services mentioned in the present document.

## 11. QF roles and responsibilities

11.1. QF will assign a project coordinator/manager to ensure that projects assigned to the AGENCY staff are aligned with the briefing document drafted based on the instructions and brief.

11.2. QF will provide a detailed brief that would help the AGENCY in writing up the briefing document and prepare the related quotation in accordance with the approved contract for jobs that are not to be conducted by the team. Once the quotation is approved, the AGENCY should be able to produce the job assigned as per brief and QF high level standards.

11.3. QF will process payment as per the payment workflow implemented in QF.

## 12. Replacement of AGENCY's staff

12.1. QF may notify the AGENCY to remove from any location of QF or from the Services any AGENCY's employee(s) without offering any reason provided only that such right shall not be exercised unreasonably. The employee(s) shall be removed forthwith at the expense of the AGENCY and shall not be engaged on the Services again without the prior written approval of QF. Unless directed by QF to the contrary, employees who have been removed from the Services shall be replaced within 2 weeks, at no additional cost to QF, by other suitably qualified employees acceptable to QF.

12.2. The AGENCY warrants that it shall continuously provide its staff and shall ensure that they shall not be replaced either temporary or permanent without the prior approval of QF to suitable successors. In order to ensure that continuity of the Services is maintained, any temporary or permanent replacement shall work alongside the person who is to be replaced for a reasonable handover period, at no additional cost to QF. In case the staff member is to take a leave, the AGENCY will ensure to provide a replacement for the period of the leave; this replacement shall be able to perform the relevant services and will be accurately and comprehensively briefed in writing by the AGENCY so that there is no learning curve that would impact on the work of QF.

## 13. Facilities Provided by the AGENCY

13.1. General - the AGENCY shall provide all necessary facilities for its staff, at its own cost, to effectively carry out the Services, including all travels, accommodation, food, medical treatment, insurance coverage, all necessary visas, sponsorship documentation, work permits, and other immigration requirements. The AGENCY shall be fully responsible for payment of any fees and/or charges for visas, sponsorships, work permits, medical examinations, and similar documentations for its staff involved directly or indirectly in the Services.

13.2. Transport - the AGENCY shall provide all local transport necessary for the staff to effectively carry out their duties and responsibilities under this scope of Services.

PROCUREMENT DIRECTORATE P.O.Box: 5825 DOHA - QATAR QATAR FOUNDATION
Memac Ogilvy & Mather L.L.C. Qatar قطر

Received by NSD/FARA Registration Unit 08/30/2018 4:42:31 PM

Received by NSD/FARA Registration Unit 08/30/2018 4:42:31 PM

13.3. Computers and software – the AGENCY shall provide all computers and software for the staff to effectively carry out their duties and responsibilities under this scope of Services. A regular upgrade of all computers and software shall be provided to the staff in a way that the work done for QF is never interrupted and is always according to the highest standards and the best practices

**14. Facilities Provided by QF**

14.1 QF shall provide a reasonable office space including office facilities (desks, stationary, etc.) to the team of the AGENCY that is considered as a team. Any other staff member will have to be provided by the needed facilities by the AGENCY and at his expense.

14.2. No other facilities shall be provided by QF.

**15. Working Hours**

The working hours shall be as per QF working hours. The Agency to mutually agree and assign more time to be allocated by the staff to ensure the timely production of work and jobs assigned to them. The Agency must be compliant with the Qatar Labor Laws including but not limited to Overtime and holiday schedule.

**16. CONFIDENTIALITY AND SECRECY**

16.1. As used herein, the term "Confidential Information" means the Contract and all information (including, but not limited to, technical, contractual and commercial information) which the AGENCY, directly or indirectly, acquires from QF or its centers and affiliates or from the performance of the Services or any other information concerning the technical and business activities and know-how of QF its centers and affiliates.

16.2. The AGENCY represents that it has a policy and procedure designed to protect trade secret rights of its own proprietary information including notices to its employees to prevent unauthorized publication and disclosure of such information. AGENCY agrees that Confidential Information shall be subject to such policy and procedure. In addition, the AGENCY agrees that it shall not disclose any Confidential Information to any third party or use Confidential Information other than on QF's behalf except as QF may otherwise authorize in writing.

16.3. The AGENCY also agrees to safeguard all documents containing Confidential Information which QF may supply to the AGENCY hereunder and all other documents containing Confidential Information whether prepared by the AGENCY or another. The AGENCY may make copies of such documents only to the extent necessary for the performance of the Services. The AGENCY shall prevent access to all such documents by third parties. On completion of the Services, the AGENCY agrees to return to QF all such documents containing Confidential Information and to destroy all copies thereof. However, should the AGENCY desire to retain certain documents and should it receive QF's written approval thereof, the AGENCY shall continue to treat said documents in accordance with the terms of this clause.

**17. Tender Submission guidelines**

All applications to this tender should include a company profile including a back ground overview and the Financial Standing as per below:

**17.1 Financial Standing**

17.1.1 Paid-up Capital / Cash on Hand: The status of the Statement of Account, Financial Statement for the last 3 years respectively.

17.1.2 Organizational Structure indicating the number of employees in each function and including the international network.

17.1.3 Total number of years in the business as a Public Relation Agency.

17.1.4 Total number of staff employed for contracts related to Public Relation Agency in Qatar, GCC and International (total nos. of work force)

PROCUREMENT DIRECTORATE P.O.Box: 5825 DOHA - QATAR QATAR FOUNDATION

ميماك اوجلفي اند ماذر
Memac Ogilvy & Mather L.L.C.
Qatar قطر

Received by NSD/FARA Registration Unit 08/30/2018 4:42:31 PM

Scope of Services
External Communication Services for QF HQ

**17.2 Expertise in Executing Similar Contracts:**

17.2.1 Detailed and total numbers of contracts executed in Qatar and/or International with similar scope of services within the last 5 years valued at QAR 1M cumulative (included but not limited to Non-Profit Organization).

17.2.2 Detailed of previous worked done for organization in Qatar and/or in the Region showcasing market knowledge.

**17.3 Mobilization**

17.3.1 Detailed mobilization plan as per QF Scope of Services (Project Mobilization Plan) to be filled-in

**17.4 Key Personnel**

17.4.1 CV's of Key Personnel that will execute QF Scope of Services stating College Degree and total number of years in experience related to design, portfolio diversity and quality (Personnel Nomination Form) to be filled-in

**17.5 Sub-contractors and Partner Network Support**

17.5.1 Detailed and total numbers of contracts executed by partners with similar scope of services within the last 3 years valued at QAR 500K or more (included but not limited to Non-Profit Organization).

17.5.2 Detailed of partners previous worked done for organization in Qatar, MENA GCC Regions and or International showcasing market knowledge.

**17.6 Sample of PR Collateral:**

16.6.1 Press releases in Arabic & English (must be the same release)

16.6.2 Demonstrate capability and experience in arranging live and taped TV coverage in Qatar

16.6.3 Sample of agency campaign placed

16.6.4 Demonstrate capability and experience in conducting social media campaigns in Qatar

16.6.5 Sample of social media strategy

16.6.6 Evidence of agency ability to do media training

16.6.7 Sample of communication strategy

16.6.8 Evidence of agency ability to distribute locally, regionally and internationally

16.6.9 Sample of media monitoring reports

**17.7 Methodology – Compliance with QF Scope of Services and Terms & Conditions:**

17.7.1 Agencies to submit signed and stamped

- QF Scope of Services (Section A);
- Schedule of Rates/BOQ (Section B)
- Attachment II Declaration – Appendix E
- Unpriced Bill of Quantity (BOQ)

17.7.2 Agencies to submit signed and stamped Terms & Conditions of RFQ Documents.

Procurement Directorate, P.O.Box: 5825 Doha - Qatar, Qatar Foundation
QF/PD/25164

ميماك اوجلفي اند ماذر
Memac Ogilvy & Mather LLC
Qatar قطر

**17.8 Capability to perform the Scope of Services**

17.8.1 The Agency will showcase his capability to undertake the full scope mentioned in the present document.

18. **Contract duration** shall be (36) calendar months (Excluding the mobilization period) commencing from the EFFECTIVE DATE as stated in the Form of Agreement. However, QF may exercise the option to extend the CONTRACT duration as deemed necessary on the same rate(s) FOR ONE YEAR (1), terms and conditions by giving ONE (1) months' notice to the CONTRACTOR before the expiry of SCHEDULED COMPLETION DATE.

19. **Penalties:** The Communication Directorate would like to impose the following penalties on the incumbent:

- 5% deduction per day for every day of delay in delivering any agreed job
- 5% deduction per day for an agreed job that does not match the briefing of the end-user. The deduction will be imposed each day of delay for redoing the work.

20. **Mobilization**

Contractor shall mobilize all the required resources **FOUR (4) MONTHS** prior the effective date, commencing from the EFFECTIVE DATE as stated in the Form of Agreement.

The contractor shall submit the documentary proof of all the above mentioned Resources along with the bid.

-SS/25164



Received by NSD/FARA Registration Unit 08/30/2018 4:42:31 PM

**ANNEX A**

**JOB FUNCTIONS AND QUALIFICATIONS**

The specified AGENCY's staff shall carry out the following functions and must have the minimum qualifications outlined below.

The AGENCY should be able to allocate any of the following listed team members once requested by QF, within four months. This includes both the onsite and offsite team members as per the specified requirements by QF. Onsite team members are requested to present in QF HQ offices as per the agreed working hours, normally the Agency will work as per QF working hours and the Agency will be required to be compliant with the Qatar Labor laws. While the offsite agency team members are to be able to support QF remotely from their respective offices and also be complaint with the Qatar Labor laws. QF has the right to audit the working hours and working details of the staff working offsite.

**1. Senior Account Director**

The Senior Account Director assists the directorate management, and is capable of playing a leading role in the management and development of key projects. His tasks include the preparation of status reports as well as presentations as required by the Directorate management for submission to QF leadership.

**Skills needed:**

- A minimum of 10 year experience and expertise in international communications
- Proven track record delivering successful international/national communications campaigns.
- Excellent planning and delivery abilities,
- Team management,
- Organizational, writing, presentation and mediation skills,
- Ability to work under pressure,
- Multi-tasking,
- Cultural awareness, with required previous experience in MENA and Gulf,
- Understanding of QF.
- Crisis Communications experience.
- Ability to work out of office hours.

**2. Senior Account Executive, general projects**

The Senior Account Executive will be assisting the Managing Director as well as the Senior Account Director on the daily delivery of the External Communication Department work. This includes the formal assessment and handling of incoming external requests to QF for partnership and sponsorship from within Qatar and internationally, the project management of major QF initiatives and the coordination of the reports and other presentations as required by the Directorate management for submission to QF leadership.

**Skills needed:**

- A minimum of 10 year experience in international communications
- Proven track record delivering successful communications campaigns

PROCUREMENT DIRECTORATE P.O.Box: 5825 DOHA - QATAR QATAR FOUNDATION

ميماك اوجلفي اند مايزر Memac Ogilvy & Mather LLC Qatar قطر

Received by NSD/FARA Registration Unit 08/30/2018 4:42:31 PM

Scope of Services
External Communication Services for QF HQ

- Excellent planning and delivery abilities,
- Organizational, writing, and presentation skills.
- Ability to work under pressure, meet deadlines,
- Multi-task,
- Cultural awareness, with required previous experience in MENA and Gulf,
- Understanding of QF.
- Ability to work out of office hours.

**3. Account Director, Social Media**

The Account Director for Social Media is responsible for QF's social media activities and focuses on the strategic development and daily management of QF's social media activities and overall quality control of its content and seven social media platforms (Facebook, Twitter, LinkedIn, YouTube, Instagram, Pinterest, Google+). He ensures that the Social Media policy and procedures approved by QF leadership is thoroughly implemented and monitored.

**Skills needed:**

- A minimum of 7-year experience in similar scope
- Excellent social and digital media skills.
- Proven experience working with international and regional organizations to deliver best practice social media communications.
- Knowledge and experience working with major social media platforms
- Ability to consult on latest social and digital media trends and development.
- Experience of crisis communications and team management,
- Strong writing abilities,
- Knowledge of QF and cultural awareness, with required previous experience in MENA and Gulf,
- Excellent Arabic and English language writing capabilities.
- Ability to work out of office hours.

**4. Account Executive, Social Media**

The Account executive for Social Media supports the Account Director and is responsible for English or Arabic language content and delivery of QF's social media activities. His focus is on the day to day delivery of QF's English or Arabic social media platforms and monitoring.

**Skills needed:**

- A minimum of 5-year experience in similar scope
- Excellent social and digital media skills and interest.
- Proven experience working with international and regional organizations to deliver best practice social media communications.
- Knowledge and experience working with major social media platforms and ability to consult on latest social and digital media trends and development.
- Strong writing abilities,
- Knowledge of QF and cultural awareness,
- Ability to work out of office hours.

QATAR FOUNDATION PROCUREMENT DIRECTORATE P.O.Box: 5825 DOHA - QATAR

ميماك اوجلفي اند مايذر
Memac Ogilvy & Mather L.L.C.
Qatar قطر

Received by NSD/FARA Registration Unit 08/30/2018 4:42:31 PM

**5. Senior Account Executive, Qatar Foundation Speakers Bureau (QFSB)**

The Senior Account Executive is responsible for the running of Qatar Foundation Speakers Bureau by focusing on providing a network of best in class external speakers for QF, managing the regular update of QF's corporate presentation, and the production of the QFSB newsletter every other month for members as well as the development of the QFSB website. He also provides QF presentation-related support on a variety of projects – such as the QF Kiosks/screens project.

**Skills needed:**

- A minimum of 7 year experience in similar scope
- Proven track record delivering successful communications campaigns,
- Strong experience working with the media and providing PR/media training,
- Excellent planning and delivery abilities,
- Organizational, writing, presentation and mediation skills,
- Ability to work under pressure,
- Multi-task,
- Knowledge of QF and cultural awareness, with required previous experience in MENA and Gulf,
- Ability to work out of office hours.

**6. Arabic Writer**

The Arabic writer is responsible for developing Arabic content that highlights and promotes Qatar Foundation's key initiatives and projects. The Arabic material produced aims to capture the interest of the target audience, while generating widespread exposure in local, regional, and international media. His responsibilities include drafting press releases, feature articles, and speeches for leading spokespersons which effectively harness and communicate Qatar Foundation's main objectives and long-term vision. The Arabic writer will make sure to translate his knowledge of journalism as well as holding a high level of Arabic language to localize all media articles to be tailored to the targeted audience.

**Skills needed:**

- A minimum of 10 year experience and expertise in a writer position;
- Creative approach to features and news stories;
- Skill in handling multiple deadlines and projects;
- Positive attitude;
- Good interpersonal skills that will you to develop a solid contact base across QF.
- Be available out of working hours to report on events, as and when they occur.
- Ability to tailor writing for domestic, regional and international target audiences,
- Creative thinking,
- Ability to work to tight deadlines,.
- Ability to work under pressure,
- Ability to digest complex information and translate it into story form,
- Ability to multi-task,
- A nose for a good story,
- Good general knowledge,
- Ability to stay abreast of current domestic, regional and international affairs

**7. English Writer**

The English writer is responsible for developing English content that highlights and promotes Qatar Foundation's key initiatives and projects. The English material produced aims to capture the interest of the target audience, while generating widespread exposure in local, regional and

PROCUREMENT DIRECTORATE
P.O.Box 5825
DOHA - QATAR
QATAR FOUNDATION
QF-PR/PRC-SS-25164

ميماك اوجلفي اند ماذر
Memac Ogilvy & Mather L.L.C.
Qatar قطر

Received by NSD/FARA Registration Unit 08/30/2018 4:42:31 PM

international media. His responsibilities include drafting press releases, feature articles, and speeches for leading spokespersons which effectively harness and communicate Qatar Foundation's main objectives and long-term vision. In addition, he is involved in developing fact sheets, backgrounders, Q&A's, as well as communication plans that successfully transmit Qatar Foundation's messages to an external audience. The English writer will make sure to translate his knowledge of journalism as well as holding a high level of English language to localize all media articles to be tailored to the targeted audience.

**Skills needed:**

- A minimum of 10 year experience and expertise in a writer position;
- Creative approach to features and news stories;
- Skill in handling multiple deadlines and projects;
- Positive attitude;
- Good interpersonal skills that will you to develop a solid contact base across QF.
- Be available out of working hours to report on events, as and when they occur.
- Ability to tailor writing for domestic, regional and international target audiences,
- Creative thinking,
- Ability to work to tight deadlines,
- Ability to work under pressure,
- Ability to digest complex information and translate it into story form,
- Ability to multi-task,
- A nose for a good story,
- Good general knowledge,
- Ability to stay abreast of current domestic, regional and international affairs

**8. Media Monitoring Officer**

The Media Monitoring Officer will be responsible for preparing and issuing the 'QF in the News,' the daily electronic newsletter that is emailed to the Qatar Foundation community in both English and Arabic. They are also responsible for 'Her Highness in the News,' which is an English daily newsletter that monitors all news sources online that relate to Her Highness Sheikha Moza bint Nasser, Chairperson of QF. In addition, duties entail delivering the comprehensive coverage reports post events and on demand, along with a weekly media coverage summary delivered to the CEO Office , a biannual Media Monitoring report, as well as monitoring, documenting, and reporting any negative articles or mentions that highlight QF and its centers on an immediate daily basis.

**Skills needed:**

- A minimum of 5 year experience and expertise in a media and communication position;
- Fully bilingual
- High level of organization,
- Creativity and ability to offer new ideas and latest in the market in the field of media monitoring
- Ability to work to tight deadlines,
- Ability to work under pressure,
- An eye for detail,
- Time-management,
- First-class communication skills
- A sound knowledge of QF and its centers is essential

**9. Media Relations Officer**

The Media Relations Officer is responsible for developing and building upon media lists as well as cultivating and enhancing a collaborative working relationship with the press. He works on developing fruitful relationships with national, regional, and international press contacts to

PROCUREMENT DIRECTORATE P.O.Box: 5825 DOHA - QATAR QF/2017/PD-S0/8164 QATAR FOUNDATION

ميماك أوجلفي أند ماذر Memac Ogilvy & Mather L.L.C. Qatar قطر

that the company's reputation is effectively promoted and oversees press events by inviting the media and handling all their interview requests during such events. In addition, he is responsible for all media requests related to Qatar Foundation, as well as the distribution of QF press office output. All daily activities of the Media Relations Officer will be recorded in a report to be shared with management on daily basis.

**Skills needed:**

- A minimum of 5 year experience and expertise in a similar position in public relations and Communication organizations,
- Fully bilingual
- First-class communication skills
- High level of organization,
- Emotional intelligence,
- Patience and persistence,
- Ability to multi-task,
- Ability to work under pressure,
- Time-management,
- A sound knowledge of QF and its centers is essential

10. **English Editor**

The English Editor responsibilities include ensuring that all English content in press releases, media invites, and statements incorporate the overarching QF messages, and adhere to the QF style guide. He also oversees that all English content is drafted to the highest of standards.

**Skills needed:**

- A minimum of 10 year experience and expertise in a writing and editing position
- First-rate English language skills (spelling, grammar and punctuation),
- An acute eye for detail,
- A high level of creativity,
- Wide vocabulary,
- Research skills,
- Ability to condense complex information into simple, easy to understand language,
- Fast and thorough copywriting,
- Good news judgment,
- Ability to turn around work effectively under pressure
- Ability to plan, co-ordinate and edit content for publication
- A sound knowledge of QF and its centers is essential

11. **Arabic Editor**

The Arabic Editor responsibilities include ensuring all Arabic content in press releases, media invites, and statements incorporate the overarching QF messages, and adhere to the QF style guide. He also oversees that all Arabic content is drafted to the highest of standards.

**Skills needed:**

- A minimum of 10 year experience and expertise in a writing and editing position
- First-rate English language skills (spelling, grammar and punctuation),
- An acute eye for detail,
- A high level of creativity,
- Wide vocabulary,
- Research skills,
- Ability to condense complex information into simple, easy to understand language,

PROCUREMENT DIRECTORATE
P.O.Box: 5825 DOHA - QATAR
QATAR FOUNDATION
QF/2017/PD-95/25164

ميماك اوجلفي اند مايذر
Memac Ogilvy & Mather L.L.C.
Qatar قطر

Received by NSD/FARA Registration Unit 08/30/2018 4:42:31 PM

Scope of Services
External Communication Services for QF HQ

- Fast and thorough copywriting,
- Good news judgment,
- Ability to turn around work effectively under pressure
- Ability to plan, co-ordinate and edit content for publication
- A sound knowledge of QF and its centers is essential

Received by NSD/FARA Registration Unit 08/30/2018 4:42:31 PM



Received by NSD/FARA Registration Unit 08/30/2018 4:42:31 PM

External Communication Services for QF HQ

# Section – B

# NOTES ON PRICING

**CALL-OFF AGREEMENT FOR EXTERNAL COMMUNICATION SERVICES (PUBLIC RELATION AGENCY) FOR QATAR FOUNDATION HEAD QUARTER FOR 3 YEARS WITH THE OPTION TO EXTEND UP TO 1 YEAR**

## QF/2017/PD-SS/25164

**+**

## Bill of Quantity (Attachment)

PROCUREMENT DIRECTORATE
P.O.Box: 5825
DOHA - QATAR
QATAR FOUNDATION
QF/2017/PD-SS/25164

ميماك اوجلفي اند مايذر
Memac Ogilvy & Mather LLC
Qatar قطر

Received by NSD/FARA Registration Unit 08/30/2018 4:42:31 PM





**Notes on Pricing**

**Call-off Agreement for External Communication Services (Public Relation Agency) for Qatar Foundation Head Quarter for 3 years with the option to extend up to 1 year**

Section B – Index

1.0 CONTRACT UNIT RATE AND NOTES ON PRICING

2.0 PRELIMINARIES AND GENERAL MATTERS

3.0 LIQUIDATED DAMAGES

4.0 ADMINISTRATIVE CHARGES FOR DELAY

5.0 ATTACHMENT (BILL OF QUANTITIES)

QF/2017/[illegible]SS/25164





**Notes on Pricing**

**Call-off Agreement for External Communication Services (Public Relation Agency) for Qatar Foundation Head Quarter for 3 years with the option to extend up to 1 year**

## 1.0 CONTRACT UNIT RATE

1.1 The CONTRACT UNIT RATE means the total authorised value of the CONTRACT and is based on unit rates priced by the CONTRACTOR in the Schedule of Rates provided in this Appendix B.

Items of work may be instructed by QF from time to time for specific parts of the SERVICES itemized and generally described in Appendix A but which, when instructed, will be more specifically detailed in RELEASE ORDERS in accordance with the CONTRACT. RELEASE ORDERS shall be carried out over a CONTRACT TERM.

RELEASE ORDERS will generally be issued on the following basis:

The selected CONTRACTOR will prepare a quotation based on the project specific brief and the Schedule of Rates provided in this Appendix B.

1.2 The Schedule of Rates is based on the SERVICES to be carried out under this CONTRACT. CONTRACTOR is deemed to have satisfied itself as to the accuracy of the Schedule of Rates and no claim for adjustment due to inaccuracy of the Schedule of Rates shall be accepted. The Schedule of Rates shall be used only in accordance with the General Conditions of Contract to calculate the CONTRACT PRICE and the cost of any VARIATIONS.

1.3 The description of the SERVICES in Appendix A is not necessarily complete, and therefore, for complete information, reference shall be made to the whole of the CONTRACT document. The prices are deemed to include for everything necessary to be provided and carried out for the full and complete execution of the SERVICES whether or not such SERVICES are mentioned in the Schedule of Rates.

1.4 The CONTRACT UNIT RATE is deemed to be the full and complete compensation for CONTRACTOR performance of the CONTRACT and all CONTRACTOR obligations herein under in accordance with the terms and conditions of the CONTRACT. Descriptions of SERVICES and deliverables are not necessarily complete in the Appendices and therefore references should be made to the General Conditions of Contract, Scope of Services and Technical

QATAR FOUNDATION PROCUREMENT DIRECTORATE P.O. BOX: 5825 DOHA - QATAR

Memac Ogilvy & Mather L.L.C. Qatar قطر

Received by NSD/FARA Registration Unit 08/30/2018 4:42:31 PM

**Notes on Pricing**

**Call-off Agreement for External Communication Services (Public Relation Agency) for Qatar Foundation Head Quarter for 3 years with the option to extend up to 1 year**

Information and all Appendices for full and complete details. The completed prices are deemed to truly reflect the value of the item/SERVICES required. The CONTRACT UNIT RATE is fully inclusive of, but not limited to, costs towards the following:

i) Mobilization and demobilization of CONTRACTOR PERSONNEL, supervision and project management services, salaries, overtime & shift work payments, accommodation, transportation, travel, holidays, medical, messing and safety clothing/equipment;

ii) Trips for CONTRACTOR PERSONNEL from CONTRACTOR base country to Qatar and back for presentations and during the construction phase of each Bid Pack.

iii) All taxes, duties, administration expenses, along with costs towards office(s) and office equipment, safety course attendance, overheads and profits and any other costs and charges not specifically detailed.

iv) Performance Bond, Third Party and Workmen compensation insurance cover.

1.5 If requested by QF's REPRESENTATIVE, CONTRACTOR shall provide a complete and detailed breakdown of any of the Prices or Rates. Payment shall be made only for items in the Schedule of Rates, which upon award of the CONTRACT were taken as the actual and correct items for the SERVICES.

1.6 The CONTRACT UNIT RATE, rates and prices are deemed to include for all costs in respect of local religious holidays, customs and the provision of all amenities customary in the State of Qatar.

1.7 CONTRACTOR is deemed to have computed the CONTRACT UNIT RATE in the manner required by the Schedule of Rates and has not deviated there from. Where CONTRACTOR considered it necessary, CONTRACTOR has inserted additional complementary items to provide a comprehensive CONTRACT UNIT RATE synthesis.

QATAR FOUNDATION PROCUREMENT DIRECTORATE P.O. BOX 5825 DOHA - QATAR

ميماك أوجلفي آند ماذر
Memac Ogilvy & Mather LLC
Qatar قطر

Received by NSD/FARA Registration Unit 08/30/2018 4:42:31 PM

**Notes on Pricing**

**Call-off Agreement for External Communication Services (Public Relation Agency) for Qatar Foundation Head Quarter for 3 years with the option to extend up to 1 year**

1.8 CONTRACTOR is deemed to have inserted a rate or price as applicable against each item included in the Schedule of Rates. The services and obligations contained in any particular item not so separately priced are deemed to be covered in the rates or prices for other SERVICES in that Schedule of Rates and CONTRACTOR has referenced and stated in which item the SERVICES are included.

1.9 Deletion of individual items from the CONTRACT, and/or omission of any items in full or in part shall not entitle CONTRACTOR to reimbursement for loss or alleged loss of overheads or profit or to financial compensation for executing a reduced Scope of Services.

1.10 All rates, costs, charges and lump sum prices included in Appendix B - Schedule of Rates shall be quoted in Qatar Riyals, and shall be fixed for the duration of the CONTRACT. Payment shall be made only in Qatar Riyals to a bank account of CONTRACTOR.

1.11 As applicable, retainer monthly unit rate shall be based on an eight (8) hours working day; 22 working days per month. For days worked less than a month shall be billed on pro rata as per retainer monthly rate.

All additional resources working less than 22 working days per month shall be billed as per "Ad-hoc" Day rate. All overtime rates for Retainer's monthly or Ad-hoc rate shall be calculated as per the Qatar Labour Law.

## 2.0 PRELIMINARIES AND GENERAL MATTERS

2.1 CONTRACTOR shall include all costs for those Preliminaries and General matters as required for the COMPLETION of the SERVICES under this CONTRACT in his staff rates in the Schedule of Rates.

2.2 The Schedule of Rates is deemed to include all costs in respect of those insurances and guarantee of SERVICES (Performance Bond) stipulated in the CONTRACT.

QATAR FOUNDATION PROCUREMENT DIRECTORATE P.O.Box 5825 DOHA - QATAR /P/SS/25164

ميماك اوجلفي اند مايذر
Memac Ogilvy & Mather LLC
Qatar قطر

Received by NSD/FARA Registration Unit 08/30/2018 4:42:31 PM

Notes on Pricing

Call-off Agreement for External Communication Services (Public Relation Agency) for Qatar Foundation Head Quarter for 3 years with the option to extend up to 1 year

**3.0 LIQUIDATED DAMAGES**

3.1 Pursuant to the General Conditions of Contract, if the CONTRACTOR fails to commence the SERVICES or any separately identified parts thereof by the date specified in the CONTRACT, CONTRACTOR shall be liable to QF for liquidated damages up to 1% per day for each day or part of day of delay for each such default up to a maximum of ten percent (10%) of the applicable RELEASE ORDER value.

3.2 QF may without prejudice to any other method of recovery deduct the amount of such liquidated damages from any payment due or which may become due to the CONTRACTOR. The payment or deduction of such liquidated damages shall not relieve the CONTRACTOR from its other obligations in respect of the SERVICES or from any other of its obligations and liabilities under this CONTRACT.

**4.0 ADMINISTRATIVE CHARGES FOR DELAY**

4.1 QF may at its discretion impose a fine by written notice to the CONTRACTOR if the CONTRACTOR or its personnel fails:

(a) To comply with any of QF deliverables as agreed applicable RELEASE ORDER value whereupon a fine of 5% deduction per day with aggregate number of days' delayed will be imposed.

(b) As applicable, to comply with requested manpower duty on site during CONTRACTOR's leave or absenteeism, whereupon a fine of QR One Thousand (1,000) per person/day will be imposed

(c) As applicable, to comply with any of QF SLAs or delivery dates as per agreed applicable RELEASE ORDER, where upon a fine of up to 1% per day will be imposed based on the applicable RELEASE ORDER value.

*ADMINISTRATION CHARGES FOR DELAY in respect to all of the above shall not exceed 10% of the applicable RELEASE ORDER value.*

QF/2017/PR-SS/25164

ميماك اوجلفي اند ماينز
Memac Ogilvy & Mather L.L.C.
Qatar قطر

Received by NSD/FARA Registration Unit 08/30/2018 4:42:31 PM

Received by NSD/FARA Registration Unit 08/30/2018 4:42:31 PM

## ATTACHMENT II – DECLARATION

**QF Tender Number** : **QF/2017/PD-SS/25163**

**QF Tender Title** : **Call-off Agreement for External Communication Services (Public Relation Agency) for Qatar Foundation Entities for 3 years with the option to extend up to 1 year**

The Contractor by signing the below mentioned declaration, states clearly their full understanding of QATAR FOUNDATION Tender document and your acceptance to all QF Terms and Conditions, Scope of work as reflected in QF Tender Document and all bulletins issued during the course of tender without deviations.

**Declaration**

We hereby state clearly our full understanding of QATAR FOUNDATION Tender Document and by signing this declaration we confirm our compliance to QATAR FOUNDATION Tender Document.

Authorized Signatory

Name: SAMER ABBOUD Sign: [signature]

Position: MANAGING DIRECTOR

Company / Firm: MEMAC OGILVY AND MATHER

Date: 06/08/2017 Stamp: ميماك اوجلفي اند مايذر Memac Ogilvy & Mather L.L.C. Qatar قطر

*Note: The above declaration will be a mandatory condition for the technical evaluation. Noncompliance to QATAR FOUNDATION Tender document may lead to disqualification of your Technical Bid.*

*Tenderer may submit alternative proposal but No alternative proposal shall be considered unless the same Tenderer has also submitted a valid unqualified tender.*

*Tenderer should NOT include prices in the Technical Bid as this will lead to disqualification of your Bid.*

PROCUREMENT DIRECTORATE QATAR FOUNDATION P.O.Box: 5825 DOHA - QATAR

ميماك اوجلفي اند مايذر Memac Ogilvy & Mather L.L.C. Qatar قطر

SA

Received by NSD/FARA Registration Unit 08/30/2018 4:42:31 PM



Received by NSD/FARA Registration Unit 08/30/2018 4:42:31 PM

| To | M/S MEMAC OGILVY | Date | 14th August 2017 |
|---|---|---|---|
| Attn. | General Manager | Email | maclean.brodie@ogilvy.com |

**Subject** : **Technical Clarification 01**

**Tender Ref.** : **QF/2017/PD-SS/25164**

**Tender Title** : Call-off Agreement for External Communication Services ( Public Relation Agency ) for Qatar Foundation Headquarters for 3 years with the option to extend up to 1 year

With reference to the above captioned tender, QF is currently evaluating all Technical submissions. In order for QF to fully evaluate your Technical bid, you are hereby requested to submit the duly request information and documents as stated in the enclosed Technical Clarification 01 – Attachment 01. and/or confirm if unavailable.

**Enclosure**

1) TC 01- Attachment 01 - General Queries

**Commercial Impact of this Clarification**

The subject matter covered in this clarification is purely technical and the *tenderer shall not address and/or include any commercial matters (pricing) whatsoever in response to this clarification.*

**Submission of Documents**

Response to this technical clarification should be submitted in a sealed envelope (1 original hard copy + 1 copy in USB ), with Tender Number and Title address to Strategic Sourcing Department, Procurement Directorate, Room 10, Porta Cabin 01, Education City, Qatar Foundation on or before **17th August 2017, *10:00 AM, Doha Time.***

**Acknowledgement of Receipt**

Please acknowledge receipt of this Tender Clarification by 15th August 2017.

All other matters pertaining to the Tender remain unchanged.

Please contact the Procurement Directorate via email at Pfernandes@qf.org.qa should you require further information.

Regards,

**Ahmed M. Abdi**
*Strategic Sourcing Manager*
*Procurement Directorate*

***ACKNOWLEDGEMENT***

*Please acknowledge receipt of this communication by completing below and return via e-mail* cmatinas@qf.org.qa

Signature Over Printed Name — Date — Company Seal

PROCUREMENT DIRECTORATE — P.O.Box: 5825 DOHA - QATAR — QATAR FOUNDATION — التربية والعلوم وتنمية المجتمع

ميماك أوجلفي اند ماذر
Memac Ogilvy & Mather L.L.C.
Qatar قطر



Case 1:25-cv-03689-JMR Document 57-1 Filed 08/04/25 Page 36 of 42

**TC 01- Attachment 01 - General Queries**
**QF/2017/PD-SS/25164** - Call-off Agreement for External Communication Services (Public Relation Agency) for Qatar Foundation Headquarters for 3 years with the option to extend up to 1 year

| SL | TECHNICAL CLARIFICATION | BIDDER RESPONSE |
|---|---|---|
| 1 | Bidder to provide examples of agency campaign placed specifically in. PR services. | |
| 2 | **Compliance with the Scope of Work and the Terms and Conditions.**<br>Bidder to affirm its understanding and full compliance with the tender documents by submitting the duly signed/initialed and stamped copy of the terms and conditions.<br>**a) Tender Documents Terms & Conditions**<br>Bidder to provide the duly signed and stamped copy of the QF Tender Documents Terms & Conditions) | |
| | **b) Compliance with QF scope of work**<br>Bidder to provide the duly signed/initialed and stamped copy of the QF Scope of Work. | |
| | **c) Schedule of Rates/BOQ (Section B)**<br>Bidder to submit the duly signed/initialed and stamped copy of the Schedule of Rates/BOQ (Section) | |
| | **d) Unpriced Bill**<br>Bidder to submit the duly signed/initialed and stamped copy of the Schedule of Rates/BOQ (Section) | |





Received by NSD/FARA Registration Unit 08/30/2018 4:42:31 PM

| To | M/S Memac Ogilvy | Date | September 14, 2017 |
|---|---|---|---|
| Attn. | General Manager | Email | samer.abboud@ogilvy.com |

**Subject** : **Technical Clarification 2**

**Tender No** : QF/2017/PD-SS/25163 & QF/2017/PD-SS/25164

**Tender Title** : Call-off Agreement for External Communication Services (Public Relation Agency) for Qatar Foundation Entities & Headquarter for 3 years with the option to extend up to 1 year

With reference to the above captioned subject, QF is currently evaluating all Technical submissions. In order for QF to fully evaluate your Technical bid, you are hereby invited for a technical presentation in Communication Directorate, Head Quarter as per below:

**Details of Presentation**

1. Bidders to present an overall PR strategy and approach for QF-HQ and then discuss how they are going to customize strategies to suit QF centers.
2. Bidders to present and highlight their media relations network focusing internationally and including locally.
3. Bidder to present their creative PR ideas both traditional and social media.
4. Bidder to elaborate in their presentation content of technical submission corresponding to Checklist Documents Submission (Technical Requirements) .
5. Bidder to demonstrate through presentation their capability to mobilize the proposed manpower CV to be provided, timeline (No. of months to mobilize), phasing, transition, and implementation strategy to mobilize the team during the handover of responsibility to ensure expeditious, efficient and seamless deployment.

**Schedule:**

| | |
|---|---|
| Date | : September 18, 2017 |
| Time | : 12PM – 12:45PM (Presentation shall be capped at maximum 45 minutes) |
| Meeting Room | : HQ 3.301 Meeting Room |
| Requirement | : QID Details of the attendees |

**Commercial Impact of this Clarification**

The subject matter covered in this clarification is purely technical and the *tenderer shall not address and/or include any commercial matters (pricing) whatsoever in response to this clarification.*

**Acknowledgement of Receipt**

Please acknowledge receipt of this Tender Clarification 2 and confirm your acceptance to make the presentation on the scheduled date and time provided above on or before September 17, 2017 latest by 10AM.

All other matters pertaining to the Tender remain unchanged.

Should you require further information, please contact the Procurement Directorate by email at pfernandes@qf.org.qa

Regards

Radwan Ali Ennes
*A/Sr. Manager - Strategic Sourcing*
*Procurement Directorate*

P.O. Box: 5825, Doha - Qatar

Received by NSD/FARA Registration Unit 08/30/2018 4:42:31 PM



Received by NSD/FARA Registration Unit 08/30/2018 4:42:31 PM

Tel: +974 4454 0000
Fax: +974 4454 1047
P O Box: 5825
Doha, Qatar
info@qf.org.qa
qf.org.qa

Date : February 7, 2018
Ref. : QF/PD/18/ 0152

To : **M/s MEMAC OGILVY & MATHER LLC**
Email : samer.abboud@ogilvy.com

Attn. : **General Manager**

**Subject** : **<u>Commercial Clarification (01)</u>**

**Tender Title** : **Call-off Agreement for External Communication Services (Public Relation Agency) for QF Headquarter for 3 years with the option to extend up to 1 year**

**Tender No.** : **<u>QF/2017/PD-SS/25164</u>**

---

With reference to the above captioned tender, please be informed that we are in receipt of your Commercial proposal dated August 2017. QF Commercial evaluation team has noted that your commercial proposal is not in line with QF BOQ as per the tender documents. Your commercial proposal does not include the unit rates for each position for ONSITE and OFFSITE as requested in the tender documents (BOQ).

Therefore, you are hereby now requested to confirm:

1. **Monthly Unit rates** quoted for the below job descriptions are valid and applicable for both **ON SITE** and **OFF SITE**:
   - 1.1.1 Account Director
   - 1.1.2 Account Executive
   - 1.1.3 Writer
   - 1.1.4 Editor
   - 1.1.5 Media Monitoring Officer
2. **DAY RATES** quoted in your commercial proposal will be considered for both **ON SITE** and **OFF SITE** positions as per QF BOQ for 3 years and Optional 4th year based on the quantities provided in the QF tender documents.

**<u>Commercial Impact of this Clarification:</u>**

Please note that the subject clarification is purely **commercial submission clarification and shall not adjust and/or include any revised prices whatsoever in your response.**

**<u>Submission of Documents</u>**

Responses to this commercial clarification should be submitted in two hard-copies with Tender Number and Title addressed to Strategic Sourcing Department, Procurement Directorate on or before *Thursday February 8, 2018, latest by 12PM Doha Time.*

PROCUREMENT DIRECTORATE
DOHA - QATAR
QATAR FOUNDATION

Memac Ogilvy & Mather LLC
Qatar قطر

Received by NSD/FARA Registration Unit 08/30/2018 4:42:31 PM

     



Tel: +974 4454 0000
Fax: +974 4454 1047
P O Box: 5825
Doha, Qatar
info@qf.org.qa
qf.org.qa

**Acknowledgement of Receipt**
Please acknowledge receipt of this Commercial Clarification 1 on or before February 7, 2018.

All other matters pertaining to the Tender remain unchanged.

Should you require further information, please contact the Procurement Directorate by email at pfernandes@qf.org.qa

**Regards,**

**Radwan Ali Ermes**
*A/Sr.Manager - Strategic Sourcing*
*Procurement Directorate*

**cc: The Limited Tender Committee**

***ACKNOWLEDGEMENT***
*Please acknowledge receipt of this communication by completing below and return via e-mail mlsaac@qf.org.qa*

**Signature Over Printed Name** **Date** **Company Seal**

Received by NSD/FARA Registration Unit 08/30/2018 4:42:31 PM

Memac Ogilvy

**Qatar Foundation**
**Mr. Radwan Ali Ermes**
**A/Sr. Manager – Strategic Sourcing**
**Procurement Directorate**

February 8th, 2018

**Subject** : Response to Commercial Clarification (01)

**Tender Title** : Call-off Agreement for External Communications Services (Public Relation Agency) for QF Headquarter for 3 years with the option to extend up to 1 year

**Tender No. : QF/2017/PD-SS/25164**

Dear Sirs,

This letter is our response to your Commercial Clarification (01) dated February 7th, 2018 related to the tender with reference and title in headings above.

1. Monthly Unit Rates:
   We **CONFIRM** that the below quoted job descriptions are valid and applicable for both ON SITE and OFF SITE:
   1.1.1 Account Director
   1.1.2 Account Executive
   1.1.3 Writer
   1.1.4 Editor
   1.1.5 Media Monitoring Officer

2. Day Rates:
   We **CONFIRM** that the Day Rates quoted in our commercial proposal are considered for both ON SITE and OFF SITE positions as per QF BOQ for 3 years and optional 4th year based on the quantities provided in the QF tender documents.

If you require any additional information, please feel free to contact me on +974 7799 7175.

Looking forward to being part of QF's mission.

Kindest Regards,

**...BOUD**
Managing Director

Received by NSD/FARA Registration Unit 08/30/2018 4:42:31 PM

Memac Ogilvy

Qatar Foundation
Mr. Radwan Ali Ermes
A/Sr. Manager – Strategic Sourcing
Procurement Directorate

February 8th, 2018

**Subject** : Response to Commercial Clarification (01)

**Tender Title** : Call-off Agreement for External Communications Services (Public Relation Agency) for QF Headquarter for 3 years with the option to extend up to 1 year

**Tender No. : QF/2017/PD-SS/25164.**

Dear Sirs,

This letter is our response to your Commercial Clarification (01) dated February 7th, 2018 related to the tender with reference and title in headings above.

1. Monthly Unit Rates:
   We **CONFIRM** that the below quoted job descriptions are valid and applicable for both ON SITE and OFF SITE:
   1.1.1 Account Director
   1.1.2 Account Executive
   1.1.3 Writer
   1.1.4 Editor
   1.1.5 Media Monitoring Officer

2. Day Rates:
   We **CONFIRM** that the Day Rates quoted in our commercial proposal are considered for both ON SITE and OFF SITE positions as per QF BOQ for 3 years and optional 4th year based on the quantities provided in the QF tender documents.

If you require any additional information, please feel free to contact me on +974 7799 7175.

Looking forward to being part of QF's mission.

Kindest Regards,

Samer ABBOUD
Managing Director



Qatar Foundation
Mrs. Perpetua Fernandes
Procurement Directorate

March 7th, 2018

**Subject** : Commercial Negotiation

**Tender Title** : Call-off Agreement for External Communications Services (Public Relation Agency) for QF Headquarter for 3 years with the option to extend up to 1 year

**Tender No. : QF/2017/PD-SS/25164**

Dear Madam,

Reference to our today's meeting in your premises for commercial negotiation, kindly note that we have reviewed the BOQ and were able to make a saving of 2% on our rates that we are happy to grant to Qatar Foundation with compliments.

The enclosed BOQ consist of the monthly and daily rates for on-site and off-site structure. Also, upon your request, we added some extra columns to show the new deducted rates and the saving done per each.

Important to note that the Grand Total of Schedule A (3 years and 4th additional year) is the sum of all the columns mixed between daily and monthly.

We are also enclosing to this letter the soft copy of the BOQ.

If you require any additional information, please feel free to contact me on +974 7799 7175.

Looking forward to being part of QF's mission.

Kindest Regards,

Samer ABBOUD
Managing Director

ميماك اوجلفي اند مايزر
Memac Ogilvy & Mather LLC
Qatar قطر