UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| A.A., A.B., A.D., A.G., A.P., A.S., A.V., Al.C., Am.P., An.A., An.D., Ar.A., Ari.R., Arn.R., B.D., B.M., B.T., C.C., C.S., C.V., D.D.R., D.L., E.A., E.C., E.D.C., E.D.L., E.G., E.L., E.M., Ed.T., En.C., Er.T., F.B., F.S., F.T., G.A., G.D.L., G.G., G.O., G.S., G.T., H.V., I.E., J.A., J.B., J.C., J.D.C., J.F., J.J.G., J.L., J.N.B., J.O., J.P., J.S., J.T., Ji.T., Jo.B., L.G., L.L., L.N., L.P., L.V., M.A., M.D.L., M.G., M.R., M.S., N.C., P.C., R.A., R.B., R.B.E., R.C., R.D., R.E., R.F., R.I., R.L., R.N., R.P., R.S., R.T., R.V., Ra.D., Ra.G., Ra.L., Ra.V., Re.C., Re.D., Rh.P., Ri.C., Ri.O., Ro.D., Ro.L., Ro.P., Rod.O., Rog.B., Rol.P., Rom.B., Ron.O., S.N., T.L., V.A., V.B., V.M., and W.B.,<br><br>Plaintiffs,<br><br>v.<br><br>OMNICOM GROUP INC., PORTLAND PR INC., OGILVY GROUP, LLC, OGILVY PUBLIC RELATIONS WORLDWIDE LLC, and MEMAC OGILVY & MATHER LLC,<br><br>Defendants. | Case No.: 1:25-cv-03389<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Omnicom Group Inc. ("Omnicom") and Portland PR Inc. ("Portland"), by and through their undersigned counsel, certify as follows:

Portland's parent corporations are DAS Holdings Inc. and Portland PR Limited. Omnicom Group Inc. is a publicly held corporation owning 10% or more of DAS Holdings Inc.'s stock. No other publicly held corporation owns 10% or more of Portland's stock. Portland is a citizen of Delaware.

Omnicom Group Inc. is a publicly-held corporation, has no parent company, and no other publicly held corporation owns 10% or more of Omnicom's stock. Omnicom is a citizen of New York.

2

| | |
|---|---|
| Dated: August 1, 2025<br>New York, New York | **DAVIS+GILBERT LLP**<br><br>  */s/ James R. Levine*<br>James R. Levine<br>Gregg A. Gilman<br>William S. Kukin<br>1675 Broadway<br>New York, New York 10019<br>(212) 468-4800<br>jlevine@dglaw.com<br>ggilman@dglaw.com<br>wkukin@dglaw.com<br><br>*Counsel for Defendants Omnicom Group Inc. and Portland PR Inc.* |