UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                               :

A. A. et al.,                                :

                                     :

                   Plaintiffs,         :          25-CV-3389 (JMF)

                                     :

            -v-                        :            <u>ORDER</u>

                                     :

OMNICOM GROUP, INC. et al,           :

                                     :

                   Defendants.       :

                                     :

------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On August 1, 2025, Defendants filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure.  ECF No. 54.  Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

      However, in light of the parties' joint extension request submitted at ECF No. 32, it is hereby ORDERED that Plaintiffs shall file any amended complaint by **September 9, 2025**.  Pursuant to Local Civil Rule 15.1, available at https://www.nysd.uscourts.gov/rules, any amended complaint should be filed with a redline showing all differences between the original and revised filings.  Plaintiffs will not be given any further opportunity to amend the complaint to address issues raised by the motion to dismiss.

      If Plaintiffs do amend, by **thirty days** after the amended complaint is filed, Defendants shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that they rely on the previously filed motion to dismiss.  If Defendants file an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot.  If Defendants file a new motion to dismiss or indicate that they rely on their previously filed motion to dismiss, any opposition shall be filed within **thirty days**, and any reply shall be filed within **two weeks** of any opposition.

      If no amended complaint is filed, Plaintiffs shall file any opposition to the motion to dismiss by **September 9, 2025**.  Defendants' reply, if any, shall be filed by **September 23, 2025**.

      Finally, it is further ORDERED that the initial pretrial conference previously scheduled for August 21, 2025 at 9:00 a.m. is adjourned *sine die*.

      SO ORDERED.

Dated: August 4, 2025
      New York, New York

                                        JESSE M. FURMAN
                                    United States District Judge