

Davis+Gilbert LLP
1675 Broadway
New York, NY 10019

212 468 4800
dglaw.com

**James R. Levine**
d 212.468.4985
jlevine@dglaw.com

September 12, 2025

**By ECF and Email**

Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *A.A. et al v. Omnicom Group, Inc. et al*, No. 1:25-cv-03389 (JMF)

Dear Judge Furman:

      This firm represents Defendants Omnicom Group Inc. and Portland PR, Inc. (the "Omnicom Defendants") in the above-captioned action. We write on behalf of all Defendants to respectfully request a two-week extension, per Rule 4(A) of Your Honor's Individual Rules, in connection with Defendants' joint reply brief for Defendants' motion to dismiss Plaintiffs' Complaint. The joint reply brief is currently due on September 23, which is the first day of Rosh Hashanah. In light of Rosh Hashanah, other Jewish holidays, Plaintiffs' 54-page opposition and the complexity of the issues discussed therein, and other conflicts, we request a two-week extension, such that the joint reply brief would be due on October 7, 2025.

      Defendants have conferred with counsel for Plaintiffs, who consent to this request.

      Respectfully submitted,

      */s/ James R. Levine*

      James R. Levine

cc: All Counsel of Record (by ECF)