

Davis+Gilbert LLP
1675 Broadway
New York, NY 10019

212 468 4800
dglaw.com

**James R. Levine**
d 212.468.4985
jlevine@dglaw.com

March 2, 2026

**By ECF**
Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    *A.A. et al v. Omnicom Group, Inc. et al*, No. 1:25-cv-03389 (JMF)

Dear Judge Furman:

This firm represents Defendant Portland PR, Inc. in the above-captioned action. We write pursuant to Rules 2(D) and 4(A) of Your Honor's Individual Rules regarding the initial pretrial conference that is currently scheduled for March 31, 2026. (*See* ECF No. 72.) The primary attorneys from this firm working on this matter have previously planned vacations out of the country the week of March 30. We therefore respectfully request an adjournment of the initial pretrial conference to a date and time of the Court's choosing between April 7–10 or April 14–17, 2026, or thereafter.

We have conferred with counsel for all parties, who consent to this request. This is the parties' first request for an adjournment of the initial pretrial conference.

Respectfully submitted,

 */s/ James R. Levine*

James R. Levine

cc: All Counsel of Record (by ECF)

Application GRANTED. The initial pretrial conference is hereby RESCHEDULED for **April 16, 2026 at 4 p.m.** The Clerk of Court is directed to terminate ECF No. 73.

SO ORDERED.

March 2, 2026